*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 14, 2016                520687
_____

In the Matter of the Claim of
    PATRICIA L. MURPHY,
                     Appellant.
                                          MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                     Respondent.
_____

Calendar Date:  February 23, 2016

Before:  Peters, P.J., McCarthy, Egan Jr. and Lynch, JJ.

_____

        Patricia L. Murphy, Oneonta, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Linda D. Joseph of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed September 23, 2014, which ruled, among other things,
that claimant was disqualified from receiving unemployment
insurance benefits because she voluntarily left her employment
without good cause.

        Decision affirmed.  No opinion.

        Peters, P.J., McCarthy, Egan Jr. and Lynch, JJ., concur.

ORDERED that the decision is affirmed, without costs.


                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court